1 | **MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
2 | Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
3 | Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
4 | Irvine, California 92614
Telephone: (949) 544-2640
5 | Fax: (949) 336-7612

JS-6

6 | Attorneys for Plaintiff
RANDAL MILLER
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL MILLER, an Individual, | Case No. 8:16-cv-00566-R-AFM |
| Plaintiff, | Judge: Hon. Manuel L. Real |
| vs. | Courtroom: 8 |
| TRANSWORLD SYSTEMS INC., a California Corporation; and DOES 1 through 20, Inclusive, | **ORDER APPROVING JOINT STIPULATION FOR VOLUNTARY DISMISSAL** |
| Defendant. | |

-1-

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court having reviewed Plaintiff RANDAL MILLER ("Plaintiff") and Defendant TRANSWORLD SYSTEMS INC.'s ("Defendant") Joint Stipulation for Voluntary Dismissal as Docket #14 for the reasons stated in the Stipulation and cause appearing therefore, IT IS ORDERED that the Stipulation is APPROVED.

DATED: October 21, 2016

_____
HON. MANUEL L. REAL
U.S. DISTRICT JUDGE